

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY

UNITED STATES OF AMERICA

v.                                  CRIMINAL NO. 5:25-CR-00104
                                    21 U.S.C. § 843(a)(3)
                                    18 U.S.C. § 2
SANJAY MEHTA, D.O.

## INFORMATION

The United States Attorney Charges:

### COUNTS ONE THROUGH THREE

1. At all relevant times, defendant SANJAY MEHTA, D.O., was a licensed physician who held a West Virginia medical license. Defendant SANJAY MEHTA, D.O., was authorized to prescribe controlled substances for a legitimate medical purpose in the usual course of professional medical practice and within the bounds of medical practice.

2. Defendant SANJAY MEHTA, D.O., worked as a physician for HOPE Clinic in Beckley, Raleigh County, West Virginia, from in or about November 2012 through June 2015.

3. On or about the dates listed below, each date constituting a separate count, at or near the locations listed below, within the Southern District of West Virginia, persons known to the United States Attorney, aided and abetted by defendant

SANJAY MEHTA, D.O., knowingly and intentionally acquired and obtained possession of a controlled substance by misrepresentation, fraud, forgery, deception and subterfuge.

| COUNT | DATE | LOCATION | KNOWN PERSON |
|---|---|---|---|
| ONE | May 14, 2013 | Beckley, Raleigh County, West Virginia | T.P.G. |
| TWO | July 29, 2013 | Gilbert, Mingo County, West Virginia | J.B. |
| THREE | August 7, 2013 | Oak Hill, Fayette County, West Virginia | C.R. |

In violation of Title 21, United States Code, Section 843(a)(3), and Title 18, United States Code, Section 2.

UNITED STATES OF AMERICA

LISA G. JOHNSTON
Acting United States Attorney

By: _____
JENNIFER RADA HERRALD
Assistant United States Attorney